# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Martel Le'Shawn Riley, | Court File No. 24-cv-03809-LMP-DTS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT ALEXANDER MARK GRAHAM AND REQUEST FOR APPROVAL OF SETTLEMENT PURSUANT TO MINN. STAT. § 466.08** |
| Alexander Mark Graham, | |
| Defendant. | |

**WHEREAS,** Plaintiff Martel Le'Shawn Riley, commenced the above-referenced action alleging that Defendant Alexander Mark Graham conducted a traffic stop on Martel Le'Shawn Riley in violation of the 4th amendment to the U.S. Constitution; and

**WHEREAS,** Plaintiff and Defendant, through their respective legal counsel, have negotiated an amicable resolution; and

**WHEREAS,** Plaintiff and Defendant negotiated a settlement that involves a payment to Plaintiff and his attorneys of more than ten thousand dollars; and

**WHEREAS,** Minnesota Statute, § 466.08 (2022) provides:

Notwithstanding sections 466.03 and 466.06, the governing body of any municipality, the administrator of a self-insurance pool, or the authorized representative of a private insurance carrier may compromise, adjust and settle tort claims against the municipality for damages under section 466.02 and may, subject to procedural requirements imposed by law or charter, appropriate money for the payment of amounts agreed upon. When the amount of a settlement exceeds $10,000, the settlement shall not be effective until approved by the district court.

**NOW THEREFORE**, Plaintiff and Defendant, through their attorneys of record, hereby stipulate, agree, and request that the Court enter an order: (1) approving the settlement; and (2) dismissing Plaintiff's claims against Defendant with prejudice and without costs, disbursements, or attorneys' fees to any party.

|  |  |
|---|---|
|  | **LAW OFFICE OF ERIC A. RICE, LLC** |
| Dated: July 9, 2025 | By: /s/ Eric A. Rice </br> Eric A. Rice (MN#0388861) </br> 1 W. Water St., Ste. 275 </br> St. Paul, MN 55107 </br> P: (651) 998-9660 </br> F: (651) 344-0763 </br> eric@ricedefense.com |
|  | *Attorneys for Plaintiff* |
|  | **JOHN J. CHOI** </br> **RAMSEY COUNTY ATTORNEY** |
| Dated: July 9, 2025 | By: /s/ Brett Bacon </br> Brett Bacon (#0400776) </br> Kevin S. Plaisance (#0504690) </br> Assistant Ramsey County Attorneys </br> 360 Wabasha Street N., Suite #100 </br> Saint Paul, MN 55102 </br> 651-266-3211 (Bacon) </br> 651-266-3230 (Nogosek) </br> brett.bacon@co.ramsey.mn.us </br> kevin.plaisance@co.ramsey.mn.us |
|  | *Attorneys for Defendant* |