# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Martel Le'Shawn Riley | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 24-cv-03809-LMP-DTS |
| Alexander Mark Graham | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court approves the Parties' settlement of this lawsuit as set forth in the Stipulation to the extent such approval is required by Minn. Stat. § 466.08; and

2. All claims between the parties in this matter are **DISMISSED WITH PREJUDICE**, without costs, disbursements, or attorneys' fees to any party.

Date: 7/21/2025                                    KATE M. FOGARTY, CLERK